AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

ERIC ARUNDEL, et al, on behalf of themselves and all others similarly situated )
  *Plaintiff* )
v. ) Case No. 17cv1433 BEN (BLM)
CITY OF SAN DIEGO, et al )
  *Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant CITY OF SAN DIEGO

Date: July 11, 2018

/s/ Marni von Wilpert
*Attorney's signature*

Marni von Wilpert SBN321447
*Printed name and bar number*

OFFICE OF THE CITY ATTORNEY
1200 THIRD AVENUE, SUITE 1100
SAN DIEGO, CA 92101
*Address*

MvonWilpert@sandiego.gov
*E-mail address*

619-533-5800
*Telephone number*

619-533-5856
*FAX number*



American LegalNet, Inc.
www.FormsWorkFlow.com