# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARUNDEL, et al, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN DIEGO, et al<br><br>    Defendants. | Case No.  17cv1433 BEN (BLM)<br><br>**DECLARATION OF SERVICE** |

  I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101. I served the foregoing documents described as:

- **NOTICE OF APPEARANCE OF COUNSEL**

  I caused said documents listed above to be served electronically by CM/ECF to the following individuals:

| | |
|---|---|
| Robert Scott Dreher<br>E-mail: Scott@dreherlawfirm.com<br><br>Attorney representing ERIC ARUNDEL ET AL | |

Executed on July 11, 2018, at San Diego, California.

                   */s/ Laura Arehart*
                   _____
                   Laura Arehart
                   Legal Secretary

## SERVICE LIST: