**MARA W. ELLIOTT, CITY ATTORNEY**
GEORGE F. SCHAEFER, Assistant City Attorney
Marni von Wilpert (CSB # 321447)
Office of the San Diego City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
Telephone: (619)- 533-5800
Email: *mvonwilpert@sandiego.gov*
Attorneys for Defendant City of San Diego

**DREHER LAW FIRM**
Robert Scott Dreher (CSB# 120527)
350 W. Ash, Suite 101
San Diego, California 92101
Telephone: (619) 230-8828
Email: *scott@dreherlawfirm.com*

**IREDALE & YOO, APC**
Eugene G. Iredale (CSB #75292)
105 West F Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 233-1525
Email: *eiredale@iredalelaw.com*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARUNDEL, OWEN BOYER, JEFF HAYES, ROBERT KELSEY, ALEXIS LEFTRIDGE, RICHARD MELVIN, MICHAEL SANDERS, DEBRA SMITH, RICHARD STEVEN-SON, and SHERI PASANEN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> CITY OF SAN DIEGO, <br><br> Defendant. | Case No. 17cv1433-WVG <br><br> **STIPULATION AND PROPOSED SETTLEMENT ORDER** <br><br> *CLASS ACTION* <br><br> Judge:  Hon. William V. Gallo <br> Suite:  2125 |

Having reached a resolution of the issues in the above-referenced litigation during the June 24, 2019 Mandatory Settlement Conference (Doc. No. 54), the Parties have agreed to the terms in the proposed **Settlement Agreement and Stipulation to Continuing Jurisdiction ("Settlement Agreement")**. (A true and correct copy of the Settlement Agreement is attached hereto as Exhibit 1.)  Therefore, it is hereby stipulated and agreed by and between the Plaintiff CLASS REPRESENTATIVES, individually and on behalf of all others similarly situated, by and through Dreher Law Firm and Iredale & Yoo, APC on the one hand, and Defendant CITY OF SAN DIEGO by and through the Office of the San Diego City Attorney on the other hand, to cease active litigation of this matter according to the settlement terms outlined herein, and to stipulate to the continuing jurisdiction of Hon. William V. Gallo.

As detailed fully in the Settlement Agreement, the Parties agreed to resolve this case as outlined below:

1) **Storage Facility:** Defendant City of San Diego agrees to open a new storage facility in the City of San Diego for use by homeless persons to store their personal belongings;

2) **San Diego Police Department Training Bulletin:** Defendant City of San Diego agrees to implement and adopt new official written procedures for the training of officers and the enforcement of SDMC 54.0110, as set forth in the San Diego Police Department Training Bulletin No. 19-10 titled, "Unauthorized Encroachments Prohibited – SDMC 54.0110"; and

3) **Attorneys' Fees**: $49,000 paid to Plaintiffs' co-counsel, Iredale & Yoo. The Parties stipulate and agree that Plaintiffs' lead counsel Dreher Law Firm has agreed to waive payment of and forego seeking attorneys' fees in this matter in consideration of the Settlement Agreement and adherence to the terms and recitals therein. The Parties further stipulate and agree that such waiver is and shall be without prejudice and that, in the event of a

1  substantial breach of the Settlement Agreement in this matter (if and as
2  determined by the Court), Plaintiffs' lead counsel shall reserve the right to,
3  and may, seek those attorneys' fees, as and to be determined and approved
4  by the Court.

5  4) **Continuing Jurisdiction:** The Parties stipulate that this matter shall be
6  subject to the continuing jurisdiction of Magistrate Judge William V. Gallo,
7  United States District Court, Southern District of California, in order to
8  provide for and enable the monitoring of the Parties' compliance with the
9  Settlement Agreement.[1]

10  The Parties agree that the attached Settlement Agreement represents a
11 compromise and settlement of disputed claims, designed to avoid the time, expense
12 and uncertainty of protracted litigation in this Court. Nothing in the Settlement
13 Agreement is intended to or will be construed as an admission by Defendant that the
14 Plaintiffs' claims in the lawsuit have merit or that it has any liability to Plaintiffs or
15 the Class on those claims, nor is it intended to or will be construed as an admission
16 by Plaintiffs that their claims lack merit or that Defendant's defenses in the action
17 have any merit.

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /

---

[1] Nothing in the instant STIPULATION AND PROPOSED SETTLEMENT ORDER is intended to conflict with or override any term in the Settlement Agreement; to the extent this STIPULATION contradicts any term in the Settlement Agreement, the Settlement Agreement is the controlling and operative document.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by the Parties that they now desire to resolve the claims set forth in the lawsuit, subject to approval by this Court for the purpose of effecting the resolution.

Dated:  October 22, 2019    **DREHER LAW FIRM**

By  */s Robert Scott Dreher*
         Robert Scott Dreher

Attorneys for Plaintiffs


Dated:  October 22, 2019    **MARA W. ELLIOTT, City Attorney**

By  */s/Marni von Wilpert*
         Marni von Wilpert
         Deputy City Attorney

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert Scott Dreher, counsel for Plaintiffs, and that I have obtained Mr. Dreher's authorization to affix his electronic signature to this document.

Dated:  October 22, 2019            **MARA W. ELLIOTT, City Attorney**

By  */s/ Marni von Wilpert*
    Marni von Wilpert
    Deputy City Attorney

Attorneys for Defendants