# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARUNDEL *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO *et al.*,<br><br>             Defendants. | Case No.:  17-CV-1433-WVG<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND STIPULATION TO CONTINUING JURISDICTION** |

On October 22, 2019, the Parties filed a Stipulation and Proposed Settlement Order (Doc. No. 62). Having reviewed and considered the terms of the Settlement Agreement as attached to the Parties' filing, the Court hereby APPROVES the Settlement Agreement in its entirety as well as the Parties' Stipulation to Continue Jurisdiction with this Court. Regarding the latter, the Court shall retain jurisdiction until October 15, 2023. To that end, the Court hereby ORDERS the Parties to file a Joint Motion to Dismiss with continuing Magistrate Judge jurisdiction **no later than Friday, November 8, 2019**.

**IT IS SO ORDERED.**

DATED:  October 29, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge