# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARUNDEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO *et al.*,<br><br>    Defendants. | Case No.:  17-CV-1433-WVG<br><br>**ORDER ON JOINT MOTION TO DISMISS** |

On November 8, 2019, the Parties timely filed a Joint Motion to Dismiss Case with Continuing Jurisdiction (Doc. No. 66), pursuant to the Court's October 29, 2019 Order approving the Parties' settlement agreement and stipulation to continuing jurisdiction (Doc. No. 63). Having reviewed the Parties' moving papers, the Court hereby GRANTS the Joint Motion and, in doing so, hereby dismisses the case in its entirety with prejudice. The Court affirms that it shall retain jurisdiction until October 15, 2023.

**IT IS SO ORDERED.**

DATED:  November 12, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge